

FILED

JUL 1 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
   IAN L. GARRIQUES
2  Assistant U.S. Attorney
   2500 Tulare Street, Suite 4401
3  Fresno, California 93721
   Telephone: (559) 497-4000
4

5           IN THE UNITED STATES DISTRICT COURT

6           EASTERN DISTRICT OF CALIFORNIA: 1 2 SW 0 0 1 6 7   GSA

7  IN THE MATTER OF THE SEARCH OF          )  CASE NO.
                                           )
8  12785 Second Drive, Cutler, California 93615          )  APPLICATION AND
   41645 Ralph Road, Apartment #4, Orosi, California 93647;   )  ORDER SEALING
9  12787 Second Drive, Cutler, California 93615:          )  SEARCH WARRANTS AND
                                           )  APPLICATION AND
10 1994 NISSAN ALTIMA VIN: 1N4BU31D1RCI61510, CA LICENSE: )  AFFIDAVIT IN
   6RQS596; and                            )  SUPPORT OF SEARCH
11 1999 Dodge Durango VIN: 1B4HR28Z2XF702364, CA LICENSE:  )  WARRANTS
   5GTR567.                                )
12                                          )

13      The United States of America requests that the search warrants

14 and the application and affidavit in support of the search warrants

15 herein be sealed until further order of this Court to prevent the

16 potential flight of suspects, to protect the integrity of the

17 underlying investigation, and to prevent the possible destruction of

18 evidence.

19 DATED: July 9, 2012          BENJAMIN B. WAGNER
                                United States Attorney
20
                          By: _____
21                             IAN L. GARRIQUES
                               Assistant U.S. Attorney
22

23

24

25

26

27

28

                          1

1

2

3

4                          SEALING ORDER

5

6        Good cause having been shown, IT IS HEREBY ORDERED that the

7    search warrants and application and affidavit in support of the

8    search warrants herein be sealed until further order of this Court.

9

10   DATED: July 11 , 2012                    _____

11                                            HON. ~~SHEILA~K~~OBERTO~~ GARY S. Austin
                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28